# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

                        Plaintiff,

v.

SINNAMON WASHINGTON,

                        Defendant.

Case No. 15-CR-245-1-JPS

ORDER

On December 8, 2015, the defendant was charged in seven counts of an eleven-count Indictment, which alleged violations of Title 18, United States Code, Sections 1029(a)(3) and 2, 1029(a)(1) and (c)(1)(A)(i), and 1028A. (Docket #1). On April 27, 2016, the defendant filed a plea agreement resolving the pending charges against her. (Docket #25). Specifically, the defendant agreed to enter into a plea of guilty as to Counts Two and Seven, while the remaining Counts are to be dismissed at sentencing. *Id.* at 2-4.

The parties appeared before Magistrate Judge David E. Jones on July 12, 2016, to conduct a plea colloquy pursuant to Federal Rule of Criminal Procedure 11. (Docket #33). The defendant entered a plea of guilty as to Counts Two and Seven of the Indictment. *Id.* After cautioning and examining the defendant under oath concerning each of the subjects mentioned in Rule 11, Magistrate Jones determined that the guilty plea was knowing and voluntary, and that the offense charged was supported by an independent factual basis containing each of the essential elements of the offense. (Docket #33 and #34).

Thereafter, Magistrate Jones filed a Report and Recommendation with this Court, recommending that: (1) the defendant's plea of guilty be accepted; (2) that a presentence investigation report be prepared; and (3) that the

defendant be adjudicated guilty and have a sentence imposed accordingly. (Docket #34). Pursuant to General L. R. 72(c) (E.D. Wis.), 28 U.S.C.§ 636(b)(1)(B), and Federal Rules of Criminal Procedure 59(b) or 72(b) if applicable, the parties were advised that written objections to that recommendation, or any part thereof, could be filed within fourteen days of the date of service of the recommendation.

To date, no party has filed such an objection.

The Court has considered Magistrate Jones' recommendation and, having received no objection thereto, will adopt it.

Accordingly,

IT IS ORDERED that Magistrate Judge David E. Jones' report and recommendation (Docket #34) be and the same is hereby ADOPTED.

Dated at Milwaukee, Wisconsin, this 11th day of August, 2016.

BY THE COURT:

J.P. Stadtmueller
U.S. District Judge

Case 2:15-cr-00245-JPS   Filed 08/11/16   Page 2 of 2   Document 36