# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br>v.<br><br>SINNAMON WASHINGTON,<br><br>　　　　　　　　　　Defendant. | Case No. 15-CR-245-1-JPS<br><br><br>**ORDER** |

　　　　On November 28, 2016, the defendant filed a *pro se* motion to amend her presentence investigation report ("PSR"). (Docket #55). She claims that, pursuant to Federal Rule of Criminal Procedure "32(c)(3)(d)" (which does not exist), the PSR must be amended because it contains factual inaccuracies regarding her drug use. *Id.* Namely, she wants her alleged drug problems to be included in a revised PSR so that she can participate in a particular drug treatment program. *Id.* The motion must be denied. Pursuant to a different subsection of Rule 32, Subsection (f), and the Court's order on the deadline for PSR objections, the defendant was required to present such an argument prior to sentencing. That time is long past.

　　　　Accordingly,

　　　　**IT IS ORDERED** that the defendant's motion to amend the presentence investigation report (Docket #55) be and the same is hereby **DENIED**.

　　　　Dated at Milwaukee, Wisconsin, this 5th day of December, 2016.

　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　*s/ J. P . Stadtmueller*
　　　　　　　　　　　　　　　　J.P. Stadtmueller
　　　　　　　　　　　　　　　　U.S. District Judge