# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                Plaintiff,<br>v.<br><br>SINNAMON WASHINGTON and<br>TIONA MCMAHON,<br><br>                              Defendants. | Case No. 15-CR-245-JPS<br><br><br>**ORDER** |

       On December 5, 2016, the government filed a motion for a final order of forfeiture and judgment as to certain property of the defendants. (Docket #57). The Court, having considered the motion together with the affidavit of Assistant United States Attorney Laura S. Kwaterski, (Docket #58), and being satisfied that the terms and provisions of Title 18, United States Code, Section 982(a)(2)(B) and Title 18, United States Code, Section 1029(c)(1)(C) have been satisfied, will grant the motion.

       Accordingly,

       **IT IS ORDERED** that, pursuant to Title 18, United States Code, Section 982(a)(2)(B) and Title 18, United States Code, Section 1029(c)(1)(C), the United States of America's motion for order of forfeiture and judgment (Docket #57) be and the same is hereby **GRANTED**; and

       **IT IS FURTHER ORDERED** that, pursuant to Title 18, United States Code, Section 982(a)(2)(B) and Title 18, United States Code, Section 1029(c)(1)(C), the United States of America has clear title to the following items, and may dispose of the property according to law:

       1.    Approximately 36 genuine gift cards worth approximately $1,850 and seized on or about January 20, 2015;

2. Approximately 21 genuine gift cards worth approximately $1,350 and seized on or about May 26, 2015;

3. Approximately $486.24 in United States currency in defendant Sinnamon Washington's Fifth Third Bank account; and

4. Approximately 10 genuine gift cards worth approximately $350 and seized on or about January 28, 2015.

Dated at Milwaukee, Wisconsin, this 9th day of December, 2016.

BY THE COURT:

_____
J.P. Stadtmueller
U.S. District Judge